S. Mark Varney, No. 121129
Sean P. Conboy, No. 214487
Michael P. Sweeney, No. 220462
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
633 West Fifth Street, 51st Floor
Los Angeles, CA 90071
Telephone:  213.833.4500
Facsimile:  213.833.4555
Email:  mvarney@cbmlaw.com
  msweeney@cbmlaw.com

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| NADIA ELMAJBOUR,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10, inclusive,<br><br>　　　　　Defendants. | No. CV110392 EMC<br>Complaint Filed:  January 26, 2011<br><br>Magistrate Judge:  Hon. Edward M. Chen<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO UNAVAILBAILITY OF DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC'S TRIAL COUNSEL AND TO ALLOW FOR ADDITIONAL SETTLEMENT DISCUSSIONS** ; ORDER |

THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Both of Volkswagen Group of America, Inc's trial counsel, Sean P. Conboy and Michael P. Sweeney are unavailable for the May 18, 2011 Case Management Conference. Mr. Conboy will be out of state and Mr. Sweeney has two separate hearings to attend in Los Angeles. In addition, the parties are actively discussing settlement. As such, the parties hereby request that the Case Management Conference be continued to

at 1:30 p.m.
June 1, 2011 or to a future date that pleases the Court.

Dated: May 17, 2011

                        CARROLL, BURDICK & McDONOUGH LLP

                        By _____
                                Sean P. Conboy
                                Michael P. Sweeney
                        Attorneys for Defendant
                        VOLKSWAGEN GROUP OF AMERICA, INC.

                        THE BICKEL LAW FIRM

                        By _____
                                Brian J. Bickel
                                Amanda L. Gray
                                Brian K. Cline
                        Attorneys for Plaintiff
                        NADIA ELMAJBOUR

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

**PROOF OF SERVICE**

**F.R.CIV. P5**

CASE NO. C 11 0392 EMC
*ELMAJBOUR V. VOLKSWAGEN GROUP OF AMERICA, INC. AND DOES 1 THROUGH DOE 10, INCLUSIVE.*

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and am not a party to the within action; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA. I caused the following document described as:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO UNAVAILABILITY OF DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S TRIAL COUNSEL AND TO ALLOW FOR ADDITIONAL SETTLEMENT DISCUSSIONS**

to be electronically filed with the court and served via CM/ECF on the attorneys of record registered in this action.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: May 17, 2011

_____
Sharon Swint

CBM-PRODUCTS\SF511955

**PROOF OF SERVICE**