1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Amanda L. Gray, State Bar No. 244644
   amandagray@bickellawfirm.com
3  750 B Street, Suite 1950
   San Diego, California 92101
4  Telephone:     (619) 374-4100
   Facsimile:     (619) 231-9040
5
6  Attorneys for Plaintiff NADIA ELMAJBOUR

7
8                UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
10
11 NADIA ELMAJBOUR,                    )  Case No. CV11-0392 EMC
                                       )
12                                     )  Judge:    Hon. Howard M. Chen
                       Plaintiff,      )
13                                     )
         vs.                           )  NOTICE OF SETTLEMENT
14                                     )   ORDER RESETTING CMC
   VOLKSWAGEN GROUP OF                 )
15 AMERICA, INC., and DOE 1 through    )
   DOE 10 inclusive,                   )  Complaint Filed:   January 26, 2011
16                                     )
                       Defendants,     )
17 _____ )

18 TO THE HONORABLE COURT:

19      Counsel for Plaintiff NADIA ELMAJBOUR, hereby submits this Notice of
20 Settlement to the Court, memorializing the parties' successful resolution of this
21 action.

22      Plaintiff hereby requests the Court to take the following matter(s) off calendar,
23 pending the full submission of settlement documents and request for dismissal.

24      1.   Pre-Mediation Phone Conference scheduled on 5/31/11 at 4:00 p.m.

25 DATED: May 26, 2011                    THE BICKEL LAW FIRM, INC.
                                          Attorneys for Plaintiff
26 IT IS SO ORDERED that the CMC is
   reset from 6/1/11 to 7/15/11 at 9:00 a.
27 m.  A joint CMC statement is due        By:   /s/ AMANDA L. GRAY
   7/8/11.
28

   Edward M. Chen                         1
   U.S. District Judge                    NOTICE OF SETTLEMENT
                                                                    CV11-0392 EMC