S. Mark Varney, No. 121129
Sean P. Conboy, No. 214487
Michael P. Sweeney, No. 220462
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
633 West Fifth Street, 51st Floor
Los Angeles, CA 90071
Telephone: 213.833.4500
Facsimile: 213.833.4555
Email: sconboy@cbmlaw.com
msweeney@cbmlaw.com

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| NADIA ELMAJBOUR,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10, inclusive,<br><br>Defendants. | No. CV110392 EMC<br>Complaint Filed: January 26, 2011<br><br>Magistrate Judge: Hon. Edward M. Chen<br><br>**STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |

TO THE COURT:

///

///

CBM-LA\LA100897

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE

1  The parties hereby stipulate that the entire action shall be dismissed with
2  prejudice, with each party to bear their own costs.

4  Dated: 6/14/11

5  THE BICKEL LAW FIRM, INC.

7  By _____
   AMANDA L. GRAY
8  Attorneys for Plaintiff
   NADIA ELMAJBOUR

11  Dated: 6/30/11

12  CARROLL, BURDICK & McDONOUGH LLP

14  By _____
   MICHAEL P. SWEENEY
15  Attorneys for Defendant
   VOLKSWAGEN GROUP OF AMERICA, INC.

18  IT IS SO ORDERED:

20  _____
21  Edward M. Chen
    U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*